IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOE HAND PROMOTIONS, INC.,

                          Plaintiff,                        ORDER

    v.

                                                      11-cv-496-wmc

RUDRUD, INC. d/b/a Shooter's Bar, DAVID
RUDRUD, and LISA RUDRUD,

                          Defendants.
_____

      The court has been apprised of a settlement of the above-referenced action and the terms of the settlement. Accordingly, this case is hereby dismissed without prejudice and without costs. Any party may move to reopen for good cause shown. Should no motion be filed on or before October 31, 2012, the dismissal of this case will be with prejudice.

      Entered this 10th day of April, 2012.

                                                           BY THE COURT:

                                                           /s/
                                                           _____
                                                           WILLIAM M. CONLEY
                                                           District Judge